**Fill in this information to identify the case**

Debtor 1  Rebecca Sy

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **NORTHERN** District of **ILLINOIS**
                                                                                                  (State)

Case number   11-22896

# Form 4100R
## Response to Notice of Final Cure Payment                                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2, by and through its mortgage servicing agent Select Portfolio Servicing, Inc.,

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account:   3005

**Property address:** 840 Medford Dr
                    Number        Street

South Elgin  IL  60177
City                    State        Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs. Escrow Advances are recouped through the on-going postpetition payments.
The next postpetition payment from the debtor(s) is due on:   07/01/2016
                                                              MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                       (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:                  (b) $0.00

c. Total. Add lines a and b.                                                      (c) $0.00

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM/DD/YYYY

16-016703_CJP

Debtor 1 _____Rebecca Sy_____   Case number (if known) 11-22896_____
               First Name         Middle Name        Last Name

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** ___/s/ Todd J. Ruchman_____        Date  __June 30, 2016____
    Signature

Print:          Todd J. Ruchman (6271827)_____       Title   __Attorneys for Creditor____

Company     Manley Deas Kochalski LLC_____

Address      P.O. Box 165028_____
               Number        Street

                Columbus OH  43216-5028_____
               City        State        ZIP Code

Contact phone  __614-220-5611_____        Email   __tjruchman@manleydeas.com___

Form 4100R                      **Response to Notice of Final Cure Payment**                    page **2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL  60532

Alyssa A Davis, Attorney for  Rebecca Sy, Geraci Law, 55 E.Monroe St. Suite 3400, Chicago, IL  60603, ndil@geracilaw.com

Karolina L Hollingsworth, Attorney for Rebecca Sy, Geraci Law L.L.C., 55 E. Monroe St. Suite #3400, Chicago, IL  60603, ndil@geracilaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 30 2016:

Rebecca Sy, 840 Medford Ave, S Elgin, IL  60177

Rebecca Sy and Alfred Sy, 840 Medford Dr, South Elgin, IL 60177

/s/ Todd J. Ruchman

16-016703_CJP